IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CALVIN D. STRANGE, JR., <br> CHARLES S. HUDDLESTON, <br> JR., JULIAN JORDAN, RUSSELL <br> FROHMUTH, STEVEN HOLT, and <br> HOLLIS D. RAMSEY, <br><br> Plaintiffs, <br><br> v. <br><br> LARRY STERBA, BEN SWEATT, <br> HEIDI MEYERS, BRIAN KOEHN, and <br> MICHAEL CORLEW, <br><br> Defendants. | No. 3:09-cv-01159 <br> Chief Judge Haynes |

## ORDER

Upon review of the file, multiple mailings of Orders to Charles Huddleston have been returned. See Docket Entry Nos. 257-258 and 261-263. Accordingly, the claims of Plaintiff Charles Huddleston are **DISMISSED with prejudice** for his failure to prosecute. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

**ENTERED** this the 18th day of December 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court